AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

THEODORE R. MANNING and GLORIA
MANNING, h/w

V.

ANDRE M. LEVESQUE, d/b/a LEVESQUE
PLUMBING AND HEATING

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05 10291 JLT

FILED
CLERKS OFFICE
2005 FEB 29 P
MAR 05
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)

Andre M. Levesque, d/b/a Levesque Plumbing and Heating, 68 Front
Street, Oak Bluffs, Massachusetts 02557

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roy P. Giarrusso
Giarrusso, Norton, Cooley & McGlone
Marina Bay
308 Victory Road
Quincy, MA  02171

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  FEB 14 2005

≥AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

County of Dukes County, ss.                                                                 February 23, 2005

      I hereby certify and return that I this day served an attested copy of the within Summons, together with a copy of the Complaint, in this action, upon the within named defendant, Andre M. Levesque d/b/a Levesque Plumbing and Heating of Oak Bluffs, Ma., in the following manner: by delivering, in hand, to said defendant.

Fees:
    Service, in hand       30.00
    Travel/auto hire        5.00
    Attested copies         5.00
    Return & mailing       3.50
Total:                      43.50

Linda J. Hanover
Deputy Sheriff
County of Dukes County

_____     _____
Date                           Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.