## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THEODORE R. MANNING and<br>GLORIA E. MANNING, h/w<br>1257 Carroll Street<br>Brooklyn, New York 11213 | ) ) ) ) ) | |
| Plaintiffs | ) ) ) | Civil Action No. 05 10291 JLT |
| ANDRE M. LEVESQUE, d/b/a<br>LEVESQUE PLUMBING AND<br>HEATING<br>68 Front Street<br>Oak Bluffs, Massachusetts 02557, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF APPEARANCE

Kindly enter our appearance as counsel for the Defendant, Andre M. Levesque d/b/a

Levesque Plumbing and Heating, with respect to the above-captioned matter.

Respectfully submitted,
The Defendant,
Andre M. Levesque d/b/a Levesque Plumbing and Heating
By their attorneys,

Mark B. Lavoie, BBO# 553204
Heather E. Davies, BBO# 651739
McDonough, Hacking & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

### CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing
pleading on all parties by mailing same, postage
prepaid, to all counsel of record.
Signed under the pains and penalties of perjury.

DATED: 3/15/05 HED