IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

THEODORE R. MANNING and )
GLORIA E. MANNING, h/w )
1257 Carroll Street )
Brooklyn, New York 11213 )
)
               Plaintiffs )   Civil Action No. 05 10291 JLT
)
v. )
)
ANDRE M. LEVESQUE, d/b/a )
LEVESQUE PLUMBING AND )
HEATING )
68 Front Street )
Oak Bluffs, Massachusetts 02557, )
)
             Defendant. )

### THE DEFENDANT'S, ANDRE M. LEVESQUE, d/b/a LEVESQUE PLUMBING AND HEATING, ANSWER TO THE PLAINTIFFS' COMPLAINT

Defendant, Andre M. Levesque d/b/a Levesque Plumbing and Heating ("Defendant"), hereby makes this its Answer to the Plaintiffs', ("Plaintiff"), Complaint, as follows:

### FIRST DEFENSE

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the Plaintiff to prove the same.

2. Defendant admits the allegations contained in this paragraph.

## JURISDICTION AND VENUE

3. Defendant states that this paragraph contains legal conclusions for which no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in this paragraph.

4. Defendant states that this paragraph contains legal conclusions for which no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in this paragraph.

## GENERAL ALLEGATIONS

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and calls upon the Plaintiff to prove the same.

6. Defendant admits the allegations contained in this paragraph.

7. Defendant denies the allegations contained in this paragraph.

8. Defendant denies the allegations contained in this paragraph.

9. Defendant denies the allegations contained in this paragraph.

10. Defendant denies the allegations contained in this paragraph.

11. Defendant denies the allegations contained in this paragraph.

## COUNT I

12. Defendant repeats and incorporates by reference its answers to paragraphs 1 through 11 and makes them its answer to this paragraph.

13 (a-n)   Defendant denies the allegations contained in this paragraph.

14. Defendant denies the allegations contained in this paragraph.

WHEREFORE, Defendant demands that Plaintiffs' Complaint be dismissed and that judgment enter in favor of the Defendant together with its costs, interest and reasonable attorneys' fees.

## COUNT II

15. Defendant repeats and incorporates by reference its answers to paragraphs 1 through 14 and makes them its answer to this paragraph.

16. Defendant states that this paragraph contains legal conclusions for which no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in this paragraph.

17. Defendant denies the allegations contained in this paragraph.

18. Defendant denies the allegations contained in this paragraph.

WHEREFORE, Defendant demands that Plaintiffs' Complaint be dismissed and that judgment enter in favor of the Defendant together with its costs, interest and reasonable attorneys' fees.

## COUNT III

19. Defendant repeats and incorporates by reference its answers to paragraphs 1 through 18 and makes them its answer to this paragraph.

20. Defendant states that this paragraph contains legal conclusions for which no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in this paragraph.

21. Defendant denies the allegations contained in this paragraph.

WHEREFORE, Defendant demands that Plaintiffs' Complaint be dismissed and that judgment enter in favor of the Defendant together with its costs, interest and reasonable attorneys' fees.

## COUNT IV

22. Defendant repeats and incorporates by reference its answers to paragraphs 1 through 18 and makes them its answer to this paragraph.

23. Defendant states that this paragraph contains legal conclusions for which no answer is necessary; however, to the extent a response is required, the Defendant denies the allegations contained in this paragraph.

24. Defendant denies the allegations contained in this paragraph.

25. Defendant denies the allegations contained in this paragraph.

26. Defendant denies the allegations contained in this paragraph.

27. Defendant denies the allegations contained in this paragraph.

28. Defendant denies the allegations contained in this paragraph.

29. Defendant denies the allegations contained in this paragraph.

WHEREFORE, Defendant demands that Plaintiffs' Complaint be dismissed and that judgment enter in favor of the Defendant together with its costs, interest and reasonable attorneys' fees.

## SECOND DEFENSE

### FIRST AFFIRMATIVE DEFENSE

And further answering, Defendant says that the Complaint should be dismissed pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

And further answering, Defendant says that the Complaint should be dismissed pursuant to Rule 12(b)(4) for insufficiency of process.

## THIRD AFFIRMATIVE DEFENSE

And further answering, Defendant says that the Complaint should be dismissed pursuant to Rule 12(b)(5) for insufficient service of process.

## FOURTH AFFIRMATIVE DEFENSE

And further answering, Defendant states that the Complaint is barred by the doctrine of waiver.

## FIFTH AFFIRMATIVE DEFENSE

And further answering, Defendant states that the Complaint is barred by the applicable statute of limitations.

## SIXTH AFFIRMATIVE DEFENSE

And further answering, Defendant denies that the Plaintiffs are entitled to the damages claimed or to the relief demanded.

## SEVENTH AFFIRMATIVE DEFENSE

And further answering, Defendant says that if the Plaintiffs prove that Defendant was negligent as alleged, the Plaintiffs were negligent to a greater degree than Defendant and are barred from recovery under the Comparative Negligence Law of the Commonwealth of Massachusetts.

## EIGHTH AFFIRMATIVE DEFENSE

And further answering, Defendant states that to the extent it had any obligations to the Plaintiffs, such obligations have been fully, completely and properly performed in every respect.

## NINTH AFFIRMATIVE DEFENSE

And further answering, Defendant says that the acts complained of were not committed by a person for whose conduct Defendant was legally responsible.

## TENTH AFFIRMATIVE DEFENSE

And further answering, Defendant states that the Plaintiffs failed to mitigate their damages and, therefore, are not entitled to recovery for the damages claimed in the Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

And further answering, Defendant states that the Plaintiffs may not recover against Defendant because any damages that were not due to any act of the Defendant but were caused solely by the act of a third-party or parties for whom the Defendant was not responsible.

## TWELFTH AFFIRMATIVE DEFENSE

And further answering, Defendant reserves the right to raise additional affirmative defenses after discovery under Rule 8(c) of the Federal Rules of Civil Procedure.

## JURY CLAIM

THE DEFENDANT, ANDRE M. LEVESQUE D/B/A LEVESQUE PLUMBING AND HEATING, HEREBY CLAIMS A TRIAL BY JURY ON ALL ISSUES.

Respectfully submitted,
Andre M. Levesque d/b/a Levesque Plumbing and Heating
By its attorneys,

_____
Mark B. Lavoie, BBO #553204
Heather E. Davies, BBO #651739
McDonough, Hacking & Lavoie, LLP
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

### CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record.
Signed under the pains and penalties of perjury.

DATED: 3/15/05  HED