UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THEODORE R. MANNING and GLORIA MANNING, <br><br> Plaintiffs, <br><br> v. <br><br> ANDRE M. LEVESQUE, d/b/a LEVESQUE PLUMING AND HEATING, <br><br> Defendant. | CIVIL ACTION <br> NO. 05-10291-JLT |

## MOTION FOR ADMISSION OF
## JUSTIN B. WINEBURGH PRO HAC VICE

Now come Plaintiffs, Theodore R. Manning and Gloria E. Manning, by and through their local counsel, Roy P. Giarrusso of Giarrusso, Norton, Cooley & McGlone, P.C. and hereby move, pursuant to Local Rule 83.5.3(b), for an order permitting Attorney Justin B. Wineburgh from the law office of Cozen O'Connor in Philadelphia, Pennsylvania to practice before this Court *Pro Hac Vice* in the above-captioned matter on behalf of the Plaintiffs.

In support of their motion the Plaintiffs state the following:

1. Attorney Wineburgh is a member in good standing of the highest court in Pennsylvania.

2. Attorney Wineburgh has an existing attorney/client relationship with the Plaintiffs, Theodore R. Manning and Gloria E. Manning, which involves specialized knowledge of the issues being presented in the present lawsuit.

3. Admission of Attorney Wineburgh would foster the efficient use of the clients' and court's resources in this case.

4.  The undersigned has been a member in good standing of the bar of Massachusetts since June, 1987 and a member admitted to practice before this Court since February, 1988 and will be associated with Attorney Wineburgh in the prosecution of this action.

5.  Attorney Wineburgh has been provided with the Local Rules of this Court and has familiarized himself with these Rules (See Affidavit attached hereto as Exhibit "A").

Wherefore, the Plaintiffs respectfully request that this Honorable Court allow their motion and admit Attorney Justin M. Wineburgh *Pro Hac Vice*.

                                          Respectfully submitted,
                                          THEODORE R. MANNING and
                                          GLORIA E. MANNING
                                          By their attorneys,

                                          Roy P. Giarrusso, BBO #549470
                                          Curtis C. Connors, BBO #630288
                                          GIARRUSSO, NORTON, COOLEY
                                             & MCGLONE, P.C.
                                          Marina Bay
                                          308 Victory Road
                                          Quincy, MA 02171

Dated: March 11, 2005                  (617) 770-2900

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THEODORE R. MANNING and<br>GLORIA E. MANNING, h/w<br><br>Plaintiffs,<br><br>v.<br><br>ANDRE M. LEVESQUE, d/b/a<br>LEVESQUE PLUMBING AND HEATING<br><br>Defendant. | Civil Action Number:<br>05 – 10291 – JLT |

### AFFIDAVIT OF JUSTIN B. WINEBURGH

I, Justin B. Wineburgh, Esquire, being duly sworn, depose and say:

1. I am a resident of the Commonwealth of Pennsylvania and was admitted by the Supreme Court of Pennsylvania to the Bar of the Commonwealth of Pennsylvania on December 1, 1997. I am also admitted to the Bars of the State Courts of New Jersey and Florida, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, and the United States District Court for the District of New Jersey.

2. I am currently a member of the law firm of Cozen O'Connor, The Atrium, 1900 Market Street, Philadelphia, Pennsylvania.

3. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am duly licensed and admitted to practice law within the Commonwealth of Pennsylvania, having an Attorney Identification No. 80571. A copy of my Certificate of Good Standing is attached hereto as Exhibit "B".

4. No disciplinary proceedings or criminal charges have ever been instituted against me in the Commonwealth of Pennsylvania or any other state.

5. My client has specifically requested that I represent its interests in this matter.

6. The nature of this action involves complex legal and factual issues in a complex field of law with which I am completely familiar since I have handled many of these types of cases in the past and have developed an expertise in these matters.

7. I am familiar with the Massachusetts Rules of Court.

8. If the Court shall allow my Motion to Appear *Pro Hac Vice* in the above-captioned matter, I will continue to represent my client in this proceeding until the final determination thereof, and with reference to all matters, incidents or proceedings, I agree that I shall be subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted and a licensed member of the Bar of the Commonwealth of Massachusetts in good standing.

9. The Commonwealth of Pennsylvania grants the privilege of *Pro Hac Vice* admissions to members of the Bar of the Commonwealth of Massachusetts in good standing.

10. I am associated and have personally appearing with me in these proceedings, Roy P. Giarrusso, Esquire, and Curt Connors, Esquire, attorneys who are duly and legally admitted to practice in the Courts of the Commonwealth of Massachusetts, and upon whom service may be had in all matters connected with the above-captioned case.

11. I certify that all of the foregoing statements made by me are true, I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

_____
JUSTIN B. WINEBURGH, ESQUIRE

Sworn to before me on this
____8____ day of _March_ 2005.

_____
Notary Public

NOTARIAL SEAL
JOANNE S DILLON
Notary Public
CITY OF PHILADELPHIA
PHILADELPHIA COUNTY
My Commission Expires Aug 28, 2007

3



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## Justin Blair Wineburgh, Esq.

### DATE OF ADMISSION

*December 1, 1997*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 7, 2005

_____
Patricia A. Johnson
Chief Clerk

CERTIFICATE OF SERVICE

I, Roy P. Giarrusso, hereby certify that I have this day served a copy of the foregoing "Motion for Admission of Justin B. Wineburgh *Pro Hac Vice*" by causing a copy thereof to be mailed, by first-class mail, postage prepaid, to Mark B. Lavoie, Esq., McDonough, Hacking & Lavoie, LLP, 6 Beacon Street, Suite 815, Boston, Massachusetts 02108.

Roy P. Giarrusso

DATED: March 11, 2005