## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THEODORE R. MANNING and<br>GLORIA E. MANNING, h/w<br>1257 Carroll Street<br>Brooklyn, New York 11213<br><br>        Plaintiffs<br><br><br><br>ANDRE M. LEVESQUE, d/b/a<br>LEVESQUE PLUMBING AND<br>HEATING<br>68 Front Street<br>Oak Bluffs, Massachusetts 02557,<br><br>        Defendant. | Civil Action No. 05 10291 JLT |

### DEFENDANT'S, ANDRE M. LEVESQUE
### D/B/A LEVESQUE PLUMBING AND HEATING
### RULE 26(a)(1) DISCLOSURE

The Defendant, Andre M. Levesque d/b/a Levesque Plumbing and Heating, hereby makes this its automatic disclosure through undersigned counsel, pursuant to and in accordance with Rule 26 of the Federal Rules of Civil Procedure and Local Rule 26.2(A), reserving the right to supplement and amend, as follows:

I.      Rule 26(a)(1)(A) – Individuals Likely to Have Knowledge of Discoverable Facts

The Defendant anticipates the following individuals may have pertinent knowledge with respect to the claims and defenses in this action:

1.      Andre Levesque, 68 Front Street, Oak Bluffs, MA 02557;

2.      Halle Levesque, 68 Front Street, Oak Bluffs, MA 02557;

3.    Theodore Manning, 1257 Carroll Street, Brooklyn, NY 11213;

4.    Gloria Manning, 1257 Carroll Street, Brooklyn, NY 11213;

5.    Captain Peter Marzbanian, West Tisbury Fire Department;

6.    Fire Chief Manny Estrella, West Tisbury Fire Department; and

7.    Designated representative of Oceanside, Inc.

The Defendant reserves the right to further supplement and amend this list as discovery is

ongoing.

II.    Rule 26(a)(1)(B) – Documents and Things in the Possession of Counsel of Party

The Defendant identifies the following documents which may have bearing on the subject

claims and defenses:

1.    Telephone records of the Defendant;

2.    Labor and material records dated May 1, 2003, May 7, 2003, June 13, 2003,

3.    Invoices dated may May 31, 2003, July 9, 2003 and payment history dated

July 1, 2003 and July 23, 2003;

4.    Undated handwritten notes (2 pages);

5.    Handwritten correspondence dated June 18, 2003 and October 18, 2003 from

Gloria E. Manning;

6.    Facsimile cover sheet with letter dated March 3, 2004;

7.    Invoices to Peter Marzbanian dated February 8, 2005 and February 19, 2005;

8.    Levesque Plumbing and Heating Information Sheet (undated).

III.    Rule 26(a)(1)(D) – Insurance

The Defendant is insured under a policy of insurance with Maryland Casualty Company

with a policy period of December 28, 2002 through December 28, 2003 with a liability limit of

$1 million per occurrence.

Respectfully submitted,
The Defendant,
Andre M. Levesque d/b/a Levesque Plumbing and Heating
By their attorneys,

Mark B. Lavoie, BBO# 553204
Heather E. Davies, BBO# 651739
McDonough, Hacking & Lavoie, LLC
6 Beacon Street, Suite 815
Boston, MA 02108
(617) 367-0808

## CERTIFICATE OF SERVICE

I, Mark B. Lavoie., hereby certify that on ___Aug 2___, __, 2005, I served a copy of
the foregoing Rule 26(a)(1) Disclosure  by mailing, to the following:  Roy P. Giarrusso
Giarrusso, Norton, Cooley & McGlone, Marina Bay, 308 Victory Road, Quincy, MA 02171

Mark B. Lavoie, Esq.

Customer Service: 1 800 222-0300
Text Phone (TTY): 1 800 833-3232
Internet Address: www.att.com

Sep 24-Dec 23, 2003
Customer ID: 508 696-8921
Page 4 of 7

Case 1:03-cv-10291-JLT    Document 6    Filed 05/03/2005    Page 4 of 21

## AT&T Value Rate Plan

| Description | Amount |
|---|---|
| Direct Dialed Calls | 16.40 |

**Total AT&T Value Rate Plan calls .............................................................$16.40**



## Direct dialed calls

| | Date | Number called | Where | Time | Rate | Type | Min | Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Oct 28 | 203 846-1333 | Norwalk,CT | 10:50am | day | direct | 3 | 1.05 |
| 2 | Nov 10 | 401 862-5818 | Providence,RI | 2:26pm | day | direct | 1 | .35 |
| 3 | Nov 10 | 401 862-5818 | Providence,RI | 3:36pm | day | direct | 1 | .35 |
| 4 | Nov 10 | 401 862-5818 | Providence,RI | 3:42pm | day | direct | 1 | .35 |
| 5 | Dec 1 | 847 295-5532 | Deerfield,IL | 1:26pm | day | direct | 9 | 3.15 |
| 6 | Dec 9 | 718 756-1918 | Brooklyn,NY | 5:40pm | day | direct | 12 | 4.20 |
| 7 | Dec 9 | 718 756-1918 | Brooklyn,NY | 5:53pm | day | direct | 1 | .35 |
| 8 | Dec 9 | 609 466-1470 | Princeton,NJ | 6:10pm | day | direct | 2 | .70 |
| 9 | Dec 9 | 203 853-6497 | Norwalk,CT | 6:26pm | day | direct | 2 | .70 |
| 10 | Dec 9 | 305 374-4752 | Miami,FL | 10:24pm | eve | direct | 1 | .30 |
| 11 | Dec 16 | 847 295-5532 | Deerfield,IL | 2:28pm | day | direct | 14 | 4.90 |
| | | | | | | | 47 | $16.40 |

## Other charges and credits

| | Date | Description | Amount |
|---|---|---|---|
| 12 | Dec 23 | Universal connectivity charge | 1.69 |
| | | For an explanation of this charge, please call 1 800 532-2021 or visit http://www.consumer.att.com/connectivity_charge | |
| 13 | Dec 23 | In-state connection fee | .70 |
| | | For an explanation of this charge, please call 1 800 333-5256 or visit http://www.consumer.att.com/instate-connectionfee | |
| 14 | Dec 23 | Regulatory assessment fee | 1.98 |
| | | This fee is not a tax or charge required by government. It helps AT&T recover expenses, including interstate access charges; property taxes; and costs of regulatory compliance and proceedings. For information, call 1 800 854-9940. | |
| | | | $4.37 |

## Taxes and surcharges

| Description | Amount |
|---|---|
| Federal tax | .62 |
| State tax | 1.05 |
| | $1.67 |

♻ Recycled paper

**Invoice**

# Levesque Plumbing and Heating

P.O. BOX 1446
Vineyard Haven, MA 02568
(508) 696-7997

| Date | Invoice # |
|------|-----------|
| 5/31/2003 | 184 |

| Bill To |
|---------|
| Gloria Manning |
| 1257 Carroll street |
| Brooklyn  NY   11213 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1.5 | Plumbing service | 60.00 | 90.00 |
| 1 | Toilet no-burst supply tube | 8.75 | 8.75 |
| 1 | Aireater | 4.75 | 4.75 |
|  | Turned on water to guest house and main house replaced the toilet supply pipe it was leaking also replaced Aireater on 2nd floor faucet. |  |  |
|  | toilet supply kit | 26.47 | 26.47 |

*Sent 6/11/03*
*Received*
*Deposited 2003*
*July, 483*
*129.6*

| | Total | $129.97 |

**Payment Method** Check
**Payment Amount** 129.97

**Customer:Job** Manning,Gloria
**Date Received** 07/01/2003
**Check No.** 4831
**Memo**

**Pmt Balance** 0.00

Invoices Paid, Statement Charges Paid and Payment Deposit

| Type | Date | Number | Amount | |
|------|------|--------|--------|--|
| Invoice | 05/31/2003 | 184 | -129.97 | |

## MATERIAL and LABOR RECORD

| JOB NAME | | | DATE 5-7-03 | |
|---|---|---|---|---|
| JOB LOCATION LAMBERST COVE | | | | |
| QTY. | DESCRIPTION OF MATERIAL | | PRICE | AMOUNT |
| | | | | |
| | | | | |
| | INSTALLED AIRRATOR | | | |
| | ON 2ND Floor KS. | | | |
| | Also HAD to | | | |
| | CHANGE 1st floor | | | |
| | ToileT Supply | | | |
| | VAIVE AND Supply | | | |
| | | | | |
| 1 | Toilet Supply KT | | | |
| 1 | Airrator. | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| LABOR RECORD | HOURS | RATE | AMOUNT |
|---|---|---|---|
| MECHANICS ANDRE' | 1 | | |
| | | | |
| HELPERS | | | |
| | | | |
| | | | |
| SIGNED | | TOTAL | |

## MATERIAL and LABOR RECORD

| JOB NAME Gloria Mannin | | | DATE 5-1-03 | |
|---|---|---|---|---|
| JOB LOCATION (PETE MARSBAR) Long View | | | | |
| QTY. | DESCRIPTION OF MATERIAL | | PRICE | AMOUNT |
| | | | | |
| | TURN ON HOUSE. | | | |
| | | | | |
| | REPlace Toilet | | | |
| | Supply AND AERhtor | | | |
| 1 | ON 2ND floor | | | |
| | Kitchen Sink | | | |
| | | | | |
| 1 | AERatur | | | |
| 1 | No Durst ToiletSupply | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| LABOR RECORD | HOURS | RATE | AMOUNT |
|---|---|---|---|
| MECHANICS ANDRE' | 1/2 | | |
| | | | |
| HELPERS | | | |
| | | | |
| | | | |
| SIGNED | | TOTAL | |

# MATERIAL and LABOR RECORD

| JOB NAME | | DATE |
|---|---|---|
| MANNING | | 6-13-03 |

JOB LOCATION

CUT

| QTY. | DESCRIPTION OF MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | Toilet Running | | |
| | | | |
| | Replaced The | | |
| | Toilet Flapper | | |
| | | | |
| | | | |
| 1 | 3" Tripple Seal | | |
| | Flapper. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| LABOR RECORD | HOURS | RATE | AMOUNT |
|---|---|---|---|
| MECHANICS | | | |
| Andre' | 1 | | |
| HELPERS | | | |
| | | | |
| | | | |
| SIGNED | TOTAL | | |

**Invoice**

## Levesque Plumbing and Heating

P.O. BOX 1446
Vineyard Haven, MA 02568
(508) 696-7997

| Date | Invoice # |
|---|---|
| 7/9/2003 | 211 |

### Bill To

Gloria Manning
P.O. Box 4357
Vineyard Haven, MA 02568

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Plumbing service | 60.00 | 60.00 |
| 1 | Toilet flapper | 8.75 | 8.75 |
| | Toilet running, replaced tank flapper. | | |

*[handwritten: Sent 7/11/03; Received + Deposited 7/23/03; √# 4846 $68.75]*

| | **Total** | **$68.75** |
|---|---|---|

Payment History                                                        7/23/2003

| | |
|---|---|
| **Customer:Job** | Manning,Gloria |
| **Date Received** | 07/23/2003 |
| **Check No.** | 4846 |
| **Memo** | |

| | |
|---|---|
| **Payment Method** | Check |
| **Payment Amount** | 68.75 |

**Invoices Paid, Statement Charges Paid and Payment Deposit**

| Type | Date | Number | Amount | Pmt Balance |
|---|---|---|---|---|
| Invoice | 07/09/2003 | 211 | -68.75 | 0.00 |



# SUPPLY NEW ENGLAND

## A.O. SMITH Water Heaters

Call Gloria Manning



— perent further damage



Oceanside
1 800 464-3318





---

**R.B. CORCORAN**

| | | |
|---|---|---|
| Hyannis | Kingston | Orleans |
| (508) 775-5818 | (781) 585-7900 | (508) 255-0560 |
| Martha's Vineyard | Nantucket | Dartmouth |
| (508) 693-6792 | (508) 228-0544 | (508) 997-5576 |
| | Falmouth | |
| | (508) 457-9720 | |

**RS**

| | | |
|---|---|---|
| Attleboro | Providence | Pawtucket |
| (508) 222-5555 | (401) 941-9300 | (401) 722-7010 |
| Peacedale | Middletown | Fall River |
| (401) 789-0991 | (401) 846-6830 | (800) 696-2193 |
| | Norwood | Boston |
| | (781) 769-6660 | (617) 787-1800 |

# SUPPLY NEW ENGLAND

## A.O.SMITH
### A.O. SMITH Water Heaters



Oceanside 508 771-3110
Dave Sher
508 737 3487
767

Zurich Insurance

Tom 239
1-800 ~~240~~ 4559

exp 3821

5-400 89559

R.B. CORCORAN

| Hyannis | Kingston | Orleans | | Attleboro | Providence | Pawtucket |
|---|---|---|---|---|---|---|
| (508) 775-5818 | (781) 585-7900 | (508) 255-0560 | | (508) 222-5555 | (401) 941-9300 | (401) 722-7010 |
| Martha's Vineyard | Nantucket | Dartmouth | | Peacedale | Middletown | Fall River |
| (508) 693-6792 | (508) 228-0544 | (508) 997-5576 | | (401) 789-0991 | (401) 846-6830 | (800) 696-2193 |
| | Falmouth | | | Norwood | Boston | |
| | (508) 457-9720 | | | (781) 769-6660 | (617) 787-1800 | |

RS

June 18, 2003

Dear Mr. Levesque,

Please find enclosed a check of $129.97 for Invoice #184 which my husband forwarded from Brooklyn.

Although I paid the $26.00 to the Vineyard Haven Post Office, I didn't know that I had to tell the clerk to reopen the box. I did so on Saturday.

Please send a bill for whatever I still owe to P.O. Box 4357 in Vineyard Haven as it is now open.

Thank you so much.

Sincerely,

Gloria E. Banning

1257 Carroll Street
Brooklyn, New York 11215
October 18, 2003

Dear Mr. Levesque,

Our plans have changed, and we will not be returning to our home at 235 Longview Road until the spring.

Kindly drain the pipes and winterize the furnace in the main house which has — 2½ baths, a sink in the kitchen, and and an additional sink in the basement, as well as an oil-burning furnace ② outdoor shower behind the breezeway ③ the studio over the garage with its bathroom and kitchen and washing machine in the garage.

The keys for both buildings are under a shingle near the outdoor light fixtures. The one for the garage opens the outside door as well as the door to the studio apartment.

Should you have any questions, I can be reached at (718) 756-1918.

Kindly send the bill to the above address in Brooklyn.

Thank you kindly, and enjoy the holidays.

Sincerely,

Gloria E. Manning

# FACSIMILE

| | |
|---|---|
| FROM: Justin B. Wineburgh | TIMEKEEPER NO.: 1749 |
| SENDER'S PHONE: 215.665.2733 | SENDER'S FAX: 215.665.2013 |
| # OF PAGES (INCLUDING COVER): 2 | FILE NAME: Manning |
| DATE: March 3, 2004 | FILE #: 147019 |

OB:DW S SENT TO:

| RECIPIENT(S) | PHONE | FAX |
|---|---|---|
| Levesque's Plumbing & Heating | | 508-696-7997 |

MESSAGE:

```
FAXED BY        RoH
CONFIRMED BY _____
PACKAGED BY _____
```

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL 215.665.2000 or 800.523.2900 IMMEDIATELY.

THIS TRANSMISSION IS ALSO BEING SENT VIA:

___ Regular Mail
___ Certified Mail
___ Hand Delivery
___ Overnight Mail
___ Federal Express

NOTICE

The information contained in this transmission is privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended addressee, the reader is hereby notified that any consideration, dissemination or duplication of this communication is strictly prohibited. If the addressee has received this communication in error, please return this transmission to us at the above address by mail. We will reimburse you for postage. In addition, if this communication was received in the U.S., please notify us immediately by phoning and asking for the Fax Center.

Levesque's Plumbing & Heating
68 Front Street
Oak Bluffs, MA  02257


Re:     Insured:  Theodore and Gloria Manning
        Loss Location: 235 Longview Road, West Tisbury, MA  02575
        Date of Loss: 12/9/03
        Claim No.: 0BG31030Z
        Our File No: 147019


Dear Sir/Madam:

I wrote you previously on January 5, 2004 to advise that this firm has been retained by OneBeacon Insurance, the property insurer for Theodore and Gloria Manning, with respect to the water loss which was discovered at the above location on or about December 9, 2003.  I have not heard from you, your attorney and/or your liability insurer since that correspondence.

As previously indicated, our investigation following this loss has revealed that your company's failure to properly "winterize" the plumbing system at the Manning residence directly caused this loss.  Accordingly, I have been instructed by my client to pursue this matter against you for recovery of any and all sums which it will reimburse Mr. and Mrs. Manning as a result of this loss.  At the present, the damages are approximately $215,000.00.

As I have not hear from you or your liability insurer concerning this claim, I am again respectfully requesting that you provide your liability insurer with notice of this claim, and further request that they contact me immediately.  Should you have any questions with respect to OneBeacon's subrogation interest of any other topic covered in this letter, please do not hesitate to contact me.

ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

March 3, 2004

*VIA FACSIMILE*

**Justin B. Wineburgh**
Direct Phone 215.665.2733
Direct Fax 215.665.2013

Levesque's Plumbing & Heating
68 Front Street
Oak Bluffs, MA   02257

Re:    **Insured:  Theodore and Gloria Manning**
       **Loss Location:  235 Longview Road, West Tisbury, MA  02575**
       **Date of Loss:  12/9/03**
       **Claim No.: 0BG31030Z**
       **Our File No:  147019**

Dear Sir/Madam:

You have previously been contacted on January 5, 2004, February 9, 2004, and by a successful facsimile transmission on February 13, 2004, concerning the retention of this Firm by OneBeacon Insurance, the property insured for Theodore and Gloria Manning, with respect to the above-referenced water loss.  Please be advised that, to date, there has still been no acknowledgement by you, your attorney and/or your liability insured with respect to this claim.

In accordance with my client's directive, we will be initiating litigation in the United Stated District Court for the District of Massachusetts.

Very truly yours,

COZEN O'CONNOR

BY:    JUSTIN B. WINEBURGH

JBW/drj

**Invoice**

# Levesque Plumbing and Heating

P.O. BOX 1446
Vineyard Haven, MA 02568
(508) 696-7997

| Date | Invoice # |
|------|-----------|
| 2/8/2005 | 357 |

| Bill To |
|---------|
| Peter Marzbanian<br>P.O. Box 293<br>West Tisbury, MA 02575 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | 3/8 x 12 flex toilet supplys | 8.75 | 17.50 |
| 2 | Wax ring | 4.50 | 9.00 |
| 2 | Joni bolts | 4.91 | 9.82 |
| 1 | Sterling pro elongated toilet. | 138.79 | 138.79 |
| 1 | Toilet seat | 30.00 | 30.00 |
| 2 | Kohler K-304-k shower valve | 76.60 | 153.20 |
| 2 | Kohler K-T12007-4-cp shower trim | 115.95 | 231.90 |
| 2 | R-14 angle valves | 8.75 | 17.50 |
| 2 | 3/8 x 20"c lav supply | 2.68 | 5.36 |
| 1 | 1/2 x 6 brass nipple | 15.22 | 15.22 |
| 1 | 1/2 c x male | 0.78 | 0.78 |
| 1 | Kohler K-15182-f-cp Coralais lav faucet | 111.90 | 111.90 |
| 2 | 3/8 x 20"c lav supply | 7.14 | 14.28 |
| 1 | 11/4 desanco x 11/2 pvc | 1.98 | 1.98 |
| 1 | 11/2 pvc p-trap | 9.26 | 9.26 |
| 1 | 11/2 pvc coup | 0.62 | 0.62 |
| 6 | 1/2 c 90 | 0.45 | 2.70 |
| 6 | 1/2 c coupling | 1.22 | 7.32 |
| 3 | 1/2 shower head 90 | 6.14 | 18.42 |
| 1 | Oatley outdoor shower | 75.00 | 75.00 |
| 5 | Coin vent | 2.50 | 12.50 |
| 1 | Honeywell R8184G primary control | 68.10 | 68.10 |

| | **Total** | | |

**Invoice**

# Levesque Plumbing and Heating

P.O. BOX 1446
Vineyard Haven, MA 02568
(508) 696-7997

| Date | Invoice # |
|------|-----------|
| 2/8/2005 | 357 |

| Bill To |
|---------|
| Peter Marzbanian<br>P.O. Box 293<br>West Tisbury, MA 02575 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 10 | Heating system antifreeze | 31.60 | 316.00 |
| 7 | 3/4 c 90 | 1.00 | 7.00 |
| 5 | 3/4 c st 90 | 1.15 | 5.75 |
| 3 | 3/4 c jet 90 | 4.01 | 12.03 |
| 3 | 3/4 c vent 90 | 3.21 | 9.63 |
| 87 | Slant-fin #15 baseboard | 8.23 | 716.01 |
| 10 | Slantfin #15 end cap left | 6.02 | 60.20 |
| 10 | Slantfin #15 end cap right | 6.02 | 60.20 |
| 32 | Sterling kompack 3\4 baseboard heaters | 7.80 | 249.60 |
| 6 | Sterling kompack baseboard end caps | 5.50 | 33.00 |
| 1 | Sterling kompack baseboard inside 90 | 10.55 | 10.55 |
| 38 | Plumbing  T+M | 60.00 | 2,280.00 |
| 15 | Plumbing T+M helper | 40.00 | 600.00 |
|  | Installed new shower valves, new lav faucet,new toilet put plumbing back together. Turned on water. installed new baseboard heaters reantifreezed heating system., turned on heat. Drained house. (Manning job) |  |  |

| | **Total** | **$5,311.12** |
|---|---|---|

# Levesque Plumbing and Heating

**Invoice**

P.O. BOX 1446
Vineyard Haven, MA 02568
(508) 696-7997

| Date | Invoice # |
|------|-----------|
| 2/19/2004 | 286 |

**Bill To**

Peter Marzbanian
P.O. Box 293
West Tisbury, MA 02575

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Honeywell R8184G primary control | 68.10 | 68.10 |
| 5 | Heating system antifreeze | 10.75 | 53.75 |
| 4 | 3/4 c coup | 1.18 | 4.72 |
| 1 | 3/4 copper L pipe | 1.54 | 1.54 |
| 6 | Heating service | 60.00 | 360.00 |
|   | Moved baseboard heaters and fixed leak on baseboard heaters also replaced primary control on boiler and turned on heat. (Manning job) | | |

| | **Total** | **$488.11** |
|---|---|---|

# LEVESQUE PLUMBING & HEATING
### P.O. BOX 1446
### VINEYARD HAVEN, MA 02568
### 508-696-7997
### FAX 508-696-7997

DATE:

NAME:

KEY LOCATION:

ISLAND TELEPHONE:

CELL NUMBER:

FAX NUMBER:

OFF ISLAND TELEPHONE:

BILLING ADDRESS:

HOUSE LOCATION:

CARETAKER:                          TELEPHONE:

DATE OF TURN ON:

| POWER: | ON | OFF |
|---|---|---|
| HOT WATER: | ON | OFF |
| HEAT: | ON | ON |

NOTES: