IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THEODORE R. MANNING and<br>GLORIA E. MANNING, h/w<br><br>Plaintiffs,<br>v.<br><br>ANDRE M. LEVESQUE, d/b/a<br>LEVESQUE PLUMBING AND HEATING,<br><br>Defendant. | Civil Action Number:<br><br>05 – 10291 – JLT |

**RESPONSE OF PLAINTIFFS, THEODORE R. MANNING AND GLORIA E. MANNING, TO MOTION OF DEFENDANT, ANDRE M. LEVESQUE, d/b/a LEVESQUE PLUMBING AND HEATING
TO COMPEL SUBSTITUTION PURSUANT TO Fed.R.Civ.P. 17(a)**

Plaintiffs, Theodore R. Manning and Gloria E. Manning, h/w (hereinafter collectively referred to as the "Mannings"), submit this Response to the Motion of Defendant, Andre M. Levesque, d/b/a Levesque Plumbing and Heating (hereinafter "Levesque"), to Compel Substitution Pursuant to Fed.R.Civ.P. 17(a). As set forth in the accompanying memorandum of law, this litigation has been properly commenced in the name of a real party in interest and, as such, Defendant may not force Northern Assurance Company of America (hereinafter "Northern Assurance") to be joined or substituted as named plaintiff in this matter. As Defendant has failed to establish that the joinder of Northern Assurance is necessary or warranted here, Defendant's Motion must properly be denied in its entirety.

Dated: 7/18/05

Respectfully submitted,

COZEN O'CONNOR

By: _____
JUSTIN B. WINEBURGH, ESQUIRE
The Atrium – Third Floor
1900 Market Street
Philadelphia, PA 19103
Phone: (215) 665-2733

OF COUNSEL:

Roy P. Giarrusso, Esquire
BBO # 549470
Curtis A. Connors, Esquire
BBO# 630288
Giarrusso, Norton, Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA 02171
Phone: 617-770-2900

Attorneys for Plaintiffs,
Theodore R. Manning and Gloria E. Manning

# Exhibit A

# McDONOUGH, HACKING & LAVOIE, LLP

COUNSELLORS AT LAW
6 BEACON STREET, SUITE 815
BOSTON, MASSACHUSETTS 02108

website: www.mhnattys.com

Mark B. Lavoie, Esq.                                           Telephone 617-367-0808
Direct Dial: (617) 367-3816                                    Facsimile 617-367-8307
email: mlavoie@mhnattys.com

May 2, 2005

**BY FACSIMILE 215-665-2013**
**AND REGULAR MAIL**
Justin B. Wineburgh, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

RE:   Theodore R. Manning and Gloria E. Manning h/w 1257 Carroll Street,
      Brooklyn, New York, 1213 v. Andre M. Levesque, d/b/a Levesque Plumbing
      and Heating, 68 Front Street, Oak Bluffs, Massachusetts 02557
      U.S.D.C. C.A. No. 05 10291 JLT

Dear Mr. Wineburgh:

Having reviewed the Plaintiff's Automatic Disclosures in the above-captioned matter, it appears that Northern Assurance Company of America is the subrogated insurer of the Plaintiffs. As you are aware, Northern Assurance is not a named party in this action. However, as the subrogated party, it is the "real party in interest."

Pursuant to the Federal Rules of Civil Procedure, Rule 17(a), "[e]very action shall be prosecuted in the name of the real party in interest." First Circuit case law holds that "an insurer who has paid part of a loss suffered by its insured and has been at least partially subrogated to the insured's right has substantive rights against a tort feasor qualifying it as a real party in interest." See Agri-Mark, Inc. v. Niro, Inc., 190 F.R.D. 293, 296 (D.Mass. 2000); citing United States v. Aetna Cas. & Sur. Co., 338 U.S. 366, 381 (1949). "In such instances, 'both the insured and insurers… should appear in the litigation in their own names.'" Agri-Mark at 296; citing Aetna at 381; also citing State Farm Mut. Liab. Ins. Co. v. United States, 172 F.2d 737, 739 (1st Cir. 1949). Based on the documents produced, Northern Assurance paid the entire claim submitted by the Plaintiffs with respect to the alleged damages to their home on Martha's Vineyard. If Northern Assurance is joined, or substituted, as a plaintiff in this case, diversity jurisdiction will be defeated, because its domicile is Massachusetts.

Justin B. Wineburgh, Esq.
Cozen O'Connor
May 2, 2005
Page 2

    Based on Rule 17(a) and the applicable case law, I request that the Plaintiffs voluntarily dismiss their action pending in federal court and re-file it in the Dukes County Superior Court (Martha's Vineyard). If the Plaintiffs do not do so, I will file the necessary papers with the Court to effectuate this dismissal.

    Please contact me at your earliest convenience with respect to this matter. I look forward to hearing from you.

                                      Very truly yours,

                                      Mark B. Lavoie

MBL
Cc:   Roy P. Giarrusso, Esq. **(By Facsimile 617-773-6934)**