IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THEODORE R. MANNING and <br> GLORIA E. MANNING, h/w <br> 1257 Carroll Street <br> Brooklyn, New York 11213 <br><br>        Plaintiffs <br><br> v. <br><br> ANDRE M. LEVESQUE, d/b/a <br> LEVESQUE PLUMBING AND <br> HEATING <br> 68 Front Street <br> Oak Bluffs, Massachusetts 02557, <br><br>        Defendant. | Civil Action No. 05 10291 JLT |

## WITHDRAWAL OF APPEARANCE

Kindly enter my Withdrawal of Appearance on behalf of the Defendant, Andre M. Levesque, d/b/a Levesque Plumbing and Heating, in the above-captioned matter. Mark B. Lavoie, Esq. will continue as counsel for the Defendant.

                                Respectfully submitted by the Defendant,
                                Andre M. Levesque, d/b/a Levesque Plumbing and Heating
                                By its attorney,

                                _____
                                Heather E. Davies, BBO#651739
                                McDonough, Hacking & Lavoie, LLC
                                6 Beacon Street, Suite 815
                                Boston, MA 02108
                                (617) 367-0808

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record.
Signed under the pains and penalties of perjury.

DATED: 6/6/06  HED