IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THEODORE R. MANNING and<br>GLORIA E. MANNING, h/w<br><br>　　　　　　Plaintiffs,<br>v.<br><br>ANDRE M. LEVESQUE, d/b/a<br>LEVESQUE PLUMBING AND HEATING<br><br>　　　　　　Defendant. | Civil Action No. 05 10291 JLT |

## JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW the parties in the above-referenced matter and, pursuant to Fed.R.Civ.P. 6(b) and Local Rule 16.1, jointly request that the Court extend the deadlines set forth in the parties' Proposed Joint Scheduling Order filed with the Court on March 14, 2006. This is the first time the parties have requested an enlargement of the pretrial deadline schedule. The grounds for this brief extension of the deadlines applicable in this matter and the Scheduling Order are set forth below.

### Background

1.　　This action was filed by Plaintiffs, Theodore R. Manning and Gloria E. Manning, on February 14, 2005. Defendant filed its Answer to the Complaint on March 15, 2005.

2.　　On March 14, 2006, the parties filed a Proposed Joint Scheduling Order which provided certain deadlines in this matter (A true and correct copy of the parties' Proposed Joint Scheduling Order is attached hereto as Exhibit "A"). The Proposed Order provided, in pertinent part, as follows:

...

A. Discovery in this matter shall be completed on or before December 1, 2006.

B. All fact discovery will be completed by September 1, 2006.

C. Plaintiffs' Expert Disclosure shall take place on or before October 2, 2006.

D. Defendant's Expert Disclosure shall take place on or before November 1, 2006.

E. Depositions of experts will be completed by December 1, 2006.

F. All dispositive motions must be filed by February 1, 2007.

G. A joint trial memorandum will be filed by March 1, 2007.

H. The parties will be ready for trial by April 2, 2007.

3. The parties have exchanged Automatic Disclosures in accordance with Fed.R.Civ.P. 26(a)(1), and have propounded and exchanged written discovery. Moreover, the parties have obtained discovery from numerous non-parties and third-party witnesses. The depositions of Plaintiffs and their Independent Adjuster are scheduled to be conducted on October 25, 2006, and the depositions of Defendant and his wife are to be conducted shortly thereafter.

4. The parties have worked cooperatively and moved forward in good faith to complete all factual and expert discovery in this matter. Unfortunately, the parties have been unable to complete this process in its entirety within the time period initially contemplated.

5. The parties will be severely prejudiced if they are unable to complete the necessary discovery to evaluate each parties' respective position and prepare for the trial of this matter.

6. Moreover, the parties have had preliminary discussions about the possibility of an amicable resolution of this matter, and believe that an extension of the applicable deadlines would afford further opportunity to pursue settlement or alternative dispute resolution.

7. Accordingly, the parties respectfully request additional time within which to complete discovery and hereby propose the extension of the deadlines contained in the Proposed Joint Scheduling Order, as follows:

A. Discovery in this matter shall be completed on March 1, 2007.

B. All fact discovery will be completed by December 1, 2006.

C. Plaintiffs' Expert Disclosure shall take place on or before January 8, 2007.

D. Defendant's Expert Disclosure shall take place on or before February 1, 2007.

E. Depositions of experts will be completed by March 1, 2007.

F. All dispositive motions must be filed by May 1, 2007.

G. A joint trial memorandum will be filed by June 1, 2007.

H. The parties will be ready for trial by July 9, 2007.

Respectfully submitted,

THEODORE E. MANNING and GLORIA E. MANNING, h/w
By their attorneys,

BY: _s / Curtis A. Connors_
Roy P. Giarrusso, BBO# 549470
Curtis A. Connors, BBO# 630288
GIARRUSSO, NORTON, COOLEY
   &  MCGLONE, P.C.
Marina Bay
308 Victory Road
Quincy, MA 02171
(617) 770-2900

        Justin B. Wineburgh
        COZEN & O'CONNOR
        The Atrium- Third Floor
        1900 Market Street
        Philadelphia, PA 19103
        215-665-2733


        ANDRE M. LEVESQUE, d/b/a
        LEVESQUE PLUMBING AND HEATING
        By its attorneys,

BY:  s / Mark B. Lavoie
        Mark B. Lavoie, BBO# 553204
        Heather E. Davies, BBO# 651739
        McDONOUGH, HACKING & LAVOIE, L.L.C
        One Washington Mall
        Boston, MA 02108
        (617) 367-0808

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THEODORE R. MANNING and ) <br> GLORIA E. MANNING, h/w ) <br>  ) <br> Plaintiffs, ) <br> v. ) <br>  ) <br> ANDRE M. LEVESQUE, d/b/a ) <br> LEVESQUE PLUMBING AND HEATING ) <br>  ) <br> Defendant. ) | Civil Action No. 05 10291 JLT |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of the Joint Motion to Amend Scheduling Order, it is hereby ORDERED and DECREED that said Motion is GRANTED, and that the deadlines set forth in the Proposed Joint Scheduling Order shall be extended, as follows:

    A. Discovery in this matter shall be completed on March 1, 2007.

    B. All fact discovery will be completed by December 1, 2006.

    C. Plaintiffs' Expert Disclosure shall take place on or before January 8, 2007.

    D. Defendant's Expert Disclosure shall take place on or before February 1, 2007.

    E. Depositions of experts will be completed by March 1, 2007.

    F. All dispositive motions must be filed by May 1, 2007.

    G. A joint trial memorandum will be filed by June 1, 2007.

    H. The parties will be ready for trial by July 9, 2007.

BY THE COURT:

_____
J.

Dated:_____