IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THEODORE R. MANNING and <br> GLORIA E. MANNING, h/w <br> 1257 Carroll Street <br> Brooklyn, New York 11213 <br> <br> Plaintiffs <br> <br> v. <br> <br> ANDRE M. LEVESQUE, d/b/a <br> LEVESQUE PLUMBING AND <br> HEATING <br> 68 Front Street <br> Oak Bluffs, Massachusetts 02557, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 05 10291 JLT |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The parties in the above-captioned matter hereby jointly move that the Court continue the status conference, currently scheduled for December 13, 2006 at 11:15 a.m., for sixty (60) days. As grounds for this Motion, counsel for both parties state that the parties have recently agreed to attempt resolution of this matter through mediation with James V. Ryan of JAMS, which the parties anticipate will go forward before the status conference is rescheduled. Given that mediation could resolve this matter entirely, postponing the status conference for sixty (60) days will not prejudice any of the parties in this matter, and if the case resolves will save the Court's time and resources.

WHEREFORE, the parties respectfully request that the Court reschedule the status conference scheduled for December 13, 2006 to on or after February 12, 2007.

Respectfully submitted,

| | |
|---|---|
| The Plaintiffs,<br>Theodore R. Manning and<br>Gloria E. Manning,<br>By their attorneys, | The Defendant,<br>Andre M. Levesque d/b/a Levesque<br>Plumbing and Heating,<br>By his attorneys, |
| /s/ *Justin B. Wineburgh, Esq.* | /S/ *Christopher L. Brown, Esq..* |
| Justin B. Winebugh, Esq.<br>Cozen O'Connor<br>The Atrium- Third Floor<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2733 | Mark B. Lavoie, Esq.<br>Christopher L. Brown, Esq.<br>McDonough, Hacking & Lavoie, LLC<br>One Washington Mall<br>Boston, MA 02108<br>(617) 367-0808 |

/S/ *Curtis A. Connors, Esq.*

Roy P. Giarrusso, Esq.
Curtis A. Connors, Esq.
Giarrusso, Norton, Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA  02171
(617) 770-2900

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 5, 2006.

/S/ *Christopher L. Brown, Esq.*
_____
Christopher L. Brown, Esq.