IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THEODORE R. MANNING and<br>GLORIA E. MANNING, h/w<br>1257 Carroll Street<br>Brooklyn, New York 11213<br><br>               Plaintiffs<br><br><br>ANDRE M. LEVESQUE, d/b/a<br>LEVESQUE PLUMBING AND<br>HEATING<br>68 Front Street<br>Oak Bluffs, Massachusetts 02557,<br><br>               Defendant. | Civil Action No. 05 10291 JLT |

## NOTICE OF APPEARANCE

Kindly enter our appearance as counsel for the Defendant, Andre M. Levesque d/b/a Levesque Plumbing and Heating, with respect to the above-captioned matter.

                                  Respectfully submitted,
                                  The Defendant,
                                  Andre M. Levesque d/b/a Levesque Plumbing and Heating
                                  By their attorneys,


                                  /S/  *Christopher L. Brown, Esq.*
                                  _____
                                  Mark B. Lavoie, BBO# 553204
                                  **Christopher L. Brown, BBO# 663176**
                                  McDonough, Hacking & Lavoie, LLC
                                  One Washington Mall
                                  Boston, MA 02108
                                  (617) 367-0808

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 5, 2006.

/S/ *Christopher L. Brown, Esq.*

_____

Christopher L. Brown, Esq.