

# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

**Justin B. Wineburgh**
Direct Phone   215-665-2733
Direct Fax     215-665-2013
jwineburgh@cozen.com

February 8, 2007

**VIA ELECTRONIC FILING**

Honorable Joseph L. Tauro
USDC for the District of Massachusetts
One Courthouse Way
Boston, MA  02210

    Re:    Theodore and Gloria Manning, h/w v. Andre M. Levesque d/b/a Levesque
             Plumbing & Heating - USDC for the District of MA, Docket No: 05-10291-JLT
             Our File No:  147019

Dear Judge Tauro:

      As your docket will reflect, this office, along with Giarrusso, Norton, Cooley & McGlone, P.C., serves as counsel in the above matter for Plaintiffs, Theodore R. Manning and Gloria E. Manning, H/W, currently scheduled for a Status Conference before Your Honor on February 12, 2007 at 10:00 a.m.  I am writing you with the consent of all counsel.

      I am extremely pleased to advise that, following a private mediation, the parties have been able to resolve this matter amicably.  We are currently in the process of finalizing the Release and exchanging the settlement proceeds, and expect to be in a position to file the Stipulation of Dismissal with the Court within the next thirty (30) days.  Accordingly, kindly accept this correspondence as a Joint Request on behalf of both parties to adjourn the currently-scheduled Status Conference pending the consummation of the settlement of this matter.

Honorable Joseph L. Tauro
February 8, 2007
Page 2

---

      Should Your Honor have any questions or require anything further, please do not hesitate to contact me. Thank you for your kind consideration of this request.

                Respectfully,

                COZEN O'CONNOR

                BY:   Justin B. Wineburgh

JBW/lar
cc:   Mark B. Lavoie, Esquire
       Roy P. Giarrusso, Esquire