UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THEODORE and GLORIA MANNING,
    Plaintiffs,

    V                     CA 05-10291-JLT

ANDRE LEVESQUE, d/b/a
LEVESQUE PLUMBING & HEATING,
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

    The court having been advised on February 9, 2007 by counsel for the parties that the above action has been settled:

    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within <u>30</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                      Zita Lovett,
                        /s/

                      _____
                      Deputy Clerk

February 12, 2007