IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THEODORE R. MANNING and<br>GLORIA E. MANNING, h/w<br>1257 Carroll Street<br>Brooklyn, New York 11213<br><br>    Plaintiffs<br><br><br>ANDRE M. LEVESQUE, d/b/a<br>LEVESQUE PLUMBING AND<br>HEATING<br>68 Front Street<br>Oak Bluffs, Massachusetts 02557,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05 10291 JLT |

## STIPULATION OF DISMISSAL

The parties in the above-captioned matter, pursuant to the provisions of the Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate and agree that said action be dismissed with prejudice as to all claims by and against all parties, without costs, and all rights of appeal have been waived.

Respectfully submitted,

| | |
|---|---|
| The Plaintiffs,<br>Theodore R. Manning and<br>Gloria E. Manning,<br>By their attorneys, | The Defendant,<br>Andre M. Levesque d/b/a Levesque<br>Plumbing and Heating,<br>By his attorneys, |
| /s/ Justin B. Wineburgh, Esq. | /s/ Christopher L. Brown, Esq. |
| Justin B. Wineburgh, Esq.<br>Cozen O'Connor<br>The Atrium- Third Floor<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2733 | Mark B. Lavoie, Esq.<br>Christopher L. Brown, Esq.<br>McDonough, Hacking & Lavoie, LLC<br>One Washington Mall<br>Boston, MA 02108<br>(617) 367-0808 |

/s/ Curtis A. Connors, Esq.

Roy P. Giarrusso, Esq.
Curtis A. Connors, Esq.
Giarrusso, Norton, Cooley & McGlone, P.C.
Marina Bay
308 Victory Road
Quincy, MA 02171
(617) 770-2900

<u>Certificate of Service</u>

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 14, 2007.

              */s/ Christopher L. Brown, Esq.*
              _____
              Christopher L. Brown, Esq.